# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
## ______________ DIVISION

Tristan Holts #1407227

*(Write the full name of the plaintiff in this action. Include prisoner registration number.)*

v.

① St. Louis City Division of Corrections
② [redacted]
officer Otega
③ City of St. Louis, MO

*(Write the full name of each defendant. The caption must include the names of* ***all*** *of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)*

Case No: ______________

*(to be assigned by Clerk of District Court)*

Plaintiff Requests Trial by Jury

[X] Yes [ ] No

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepayment of fees and costs.*

## I. The Parties to this Complaint

### A. The Plaintiff

Name: Tristan Holts

Other names you have used: Rex

Prisoner Registration Number: # 1407227 #1407227

Current Institution: ERDCC 2727 Hwy K Bonne Terre, mo 63628

Indicate your prisoner status:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other (explain): Writ

### B. The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

**Defendant 1**

Name: St. Louis City Division of ~~[illegible]~~ Corrections Justice Center

Job or Title: Correctional Center

Badge/Shield Number: N/A

Employer: City of St. Louis

Address: 1200 Market St

X Individual Capacity

X Official Capacity

**Defendant 2**

Name: Officer Unknown Otega

Job or Title: Corrections officer

Badge/Shield Number: N/A

Employer: City of St. Louis Division of Corrections Justice Center

Address: 200 S. tucker St 63102 St. Louis, MO

[X] Individual Capacity [X] Official Capacity

## II. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

A the 2Am med pass in SB1, Nurse P and officer otega come to my door. While using my inhaler officer Otega became upset with my cellmate at that time she snatched my inhaler out my hand and closed the foodport. She then reopened the port and sprayed mace on me my cellmate and fogged our cell up with mace. officer Otega then closed the port and walked off. Even tho I pressed the emergency call [illegible] no help come to help me that am. By being mercilessly assaulted my life was left in danger.

officer Otega: • Wrongful conduct staff on inmate violence caused harm. Her • Failure to protect by failing to adequately follow jail protocol in accordance with her duties. • failure to intervene by not following protocol • Negligence and wantonness Otega was • negligent and wanton by failing to follow jail protocol and failing to enforce jail rules that would have prevented the assult on inmate by staff • Cruel and unusual punishment.
• Deliberate Indifference to medical needs — officer Otega saw me using my inhaler and she noticed me and did not render any medical help... she chose to ignore me.
8th Amendment Protection from Assault.

St. Louis City Division of Corrections Justice Center:
- Hold detainees in confinement until trail or release
- Employ Officers Otega services at its jail.
- Failed to ensure my safety and security by way of officer Otega's staffing, training, and enforceing of policy and Procedure in its detention facility.

## III. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Assault, Anxiety, Visual changes, physical pain and suffering, psychological damage, Emotional and mental injury. Suicidal Ideations, Major Depressive state

## IV. Relief

State briefly and precisely what you want the Court to do for you. Do not make legal arguments. Do not cite any cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages. Award Compensatory & Punitive domages in the following amunt of $ 2,500,000 aginst all defendents. Award such other relif as it may appear I'm entitled.

## V. Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[X] Yes [ ] No

If yes, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s):

St. Louis City Division of Corrections Justice Center
200 S Tucker Ave
St. Louis, MO 63102

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

[X] Yes [ ] No [ ] Do not know

C. If yes, does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

[ ] Yes [ ] No [X] Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes ☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes ☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

City of St. Louis Division of Corrections Justice Center

2. What did you claim in your grievance? (*Attach a copy of your grievance, if available*)

Wrongful conduct
Staff on inmate Violence
failure to Protect & Enterve
Negligent & wanton, Cruel & unusual punishment
Deliberate Indifference

3. What was the result, if any? (*Attach a copy of any written response to your grievance, if available*)

NONE NEVER IS BY CUSTOM

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process.*)

Transfored

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

ms Bong case worker did tell her the next day when I saw her

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

(*Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.*)

## VI. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

[ ] Yes [X] No

If yes, state which court dismissed your case and when it was dismissed. Attach a copy of the court's order, if possible.

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

[ ] Yes [X] No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

1. Parties to the previous lawsuit

Plaintiff ____________________

Defendant(s) ____________________

2. Court (*if federal court, name the district; if state court, name the state and county*)

3. Docket or case number ____________________

4. Name of Judge assigned to your case ____________________

5. Approximate date of filing lawsuit ______________________

6. Is the case still pending?

☐ Yes

☐ No (*If no, give the approximate date of disposition*):______________

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes ☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit

Plaintiff______________________

Defendant(s) ______________________

2. Court (*if federal court, name the district; if state court, name the state and county*)

3. Docket or case number ______________________

4. Name of Judge assigned to your case ______________________

5. Approximate date of filing lawsuit ______________________

6. Is the case still pending?

☐ Yes

☐ No (*If no, give the approximate date of disposition*):________________

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

## VII. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8th day of Aug, 2026.

Signature of Plaintiff [signature]